# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| MARY MARGARET CARDIN, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No. 2:13-cv-00037 |
| v. ) | |
| ) | Judge Nixon |
| CAROLYN W. COLVIN, ) | Magistrate Judge Bryant |
| **Acting Commissioner of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Pending before the Court is Plaintiff Mary Margaret Cardin's Motion for Judgment on the Administrative Record ("Motion"). (Doc. No. 13.) Defendant Commissioner of Social Security filed a Response opposing the Motion. (Doc. No. 21.) Subsequently, Magistrate Judge Bryant issued a Report and Recommendation ("Report") recommending that the Motion be denied. (Doc. No. 23 at 19.) The Report was filed on May 19, 2016, and provided a period of fourteen days in which either party could file an objection. (*Id.* at 20.) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 13th day of June, 2016.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT